AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG 2 1 2018

Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Rodolfo GARZA III<br>YOB: 1998  Citizenship: USA<br><br>_____<br>*Defendant(s)* | )<br>)<br>)   Case No.  M-18-1720-M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Agusut 20, 2018  in the county of  Hidalgo  in the  Southern  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A | Certain activities relating to material constituting or containing child pornography |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
*Complainant's signature*

John P. Reinosa, HSI Special Agent
*Printed name and title*

Approved by:
Sworn to before me and signed in my presence.

Date:  8/21/2018

_____
*Judge's signature*

City and state:  McAllen, Texas

U.S. Magistrate J. Scott Hacker
*Printed name and title*

# Attachment "A"

On December 15, 2017, Homeland Security Investigations (HSI) Rio Grande Valley Child Exploitation Investigations Task Force (RGV CEITF) Special Agents (SAs) received information about suspicious activity initially reported by a cloud service company named Dropbox, Inc., (Dropbox). On December 05, 2017, Dropbox reported to the National Center for Missing and Exploited Children (NCMEC) that an account was using their cloud service to store or transfer suspicious images via the internet. Dropbox reported that a user utilizing the email rgarza6745@gmail.com uploaded at least 29 child exploitative files to their account. The customer information associated with the Dropbox account was, in part, email address: rgarza6745@gmail.com, screen/user name: Rgarza Garza and utilized IP addresses: 66.68.232.123; 2605:6000:784c:7800:81ee:b909:2fc5:1d8d; 2605:6000:784c:7800:d0d5:d7e3:a94a:1733; 2605:6000:784c:7800:2571:c868:bfb4:6f6 ; 2605:6000:784c:7800:59a3:c7f6:156b:f4f8 ; 2605:6000:784c:7800:453:bb6a:1241:7377

HSI SAs issued a subpoena to Charter Communications assigned to the six IP addresses with dates and times reported by Dropbox as with account activity, respectively. Charter Communications responded with the following customer information for the six IP addresses: Subscriber Name: Rudy Garza Sr, Service Address: 705 W Mahl St. Edinburg, Texas 78539.

On August 20, 2018 HSI RGV CEITF executed a federal search warrant at the residence located at 705 W Mahl St. Edinburg, Texas 78539. HSI SAs encountered Rodolfo Garza III and subsequently conducted an interview. During the Post-Miranda interview, Rodolfo Garza III admitted to HSI SAs that he was in control of Dropbox account rgarza6745@gmail.com before the account was disabled. Rodolfo Garza III told HSI SAs that he was also in control of two additional Dropbox accounts that were still active. Rodolfo Garza III gave consent for HSI to view the contents of the accounts and there was child exploitative material that met the federal definition of child pornography in those accounts. Rodolfo Garza III also told HSI SAs that he was in control of an account on Mega Cloud Storage. Rodolfo Garza III gave HSI SAs consent to log into the account. The account possessed multiple child exploitative material videos that meet the federal definition of child pornography. Rodolfo Garza III told HSI SAs that he has shared the child pornography with approximately 50 individuals from the Mega Cloud Storage account. Rodolfo Garza III said he has accessed child pornography as recent as a few days from the interview.